JOSEPH BIANCO et al., Appellants, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.